IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PETER R. TIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CCA Inc., *et al.*,<br><br>    Defendants. | CIVIL NO. 18-00067 DKW-RLP<br><br>**ORDER DISMISSING CASE** |

# INTRODUCTION

On February 15, 2018, Plaintiff Peter R. Tia, proceeding pro se, filed a Complaint against several state and private entities alleging violations of his federal civil rights. Dkt. No. 1. On February 21, 2018, the district court issued a Deficiency Order directing Tia to either pay the applicable filing fee or to submit a completed *in forma pauperis* ("IFP") application within twenty-eight days. Dkt. No. 3 (2/21/18 Deficiency Order). Tia neither paid the proper filing fee nor submitted a fully-completed IFP application as directed, nor did he respond to the Court's 2/21/18 Deficiency Order in any other fashion.[1] As a result, this action is dismissed without prejudice.

---

[1] On March 2, 2018, Tia filed a Notice of Change of Address, in person with the Clerk's Office, which provided a cellular telephone number and requested that the Clerk's Office contact him

The 2/21/18 Deficiency Order clearly cautioned Tia that he:

> must either pay the statutory filing fee of $350.00 and the administrative fee of $50.00, or submit a fully-completed *in forma pauperis* application within twenty eight days (including weekends and holidays) of this Order. Failure to do so will result in **AUTOMATIC DISMISSAL**, of this action for failure to prosecute or otherwise follow a court order. *See* Fed. R. Civ. P. 41(b); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (stating that the district court may dismiss a complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).
>
> \*\*\*\*
>
> Plaintiff is GRANTED twenty eight days to either pay the $400.00 filing fee or submit a completed and executed application to proceed *in forma pauperis* on the forms provided by the court with this Order. The application must bear the docket number assigned to this case. Failure to timely file an *in forma pauperis* application or the statutory filing fee within twenty eight days of the date of this Order will result in **AUTOMATIC DISMISSAL** of this action.

2/21/2018 Order at 2–3.

Despite the Court's prior warning, Tia did not timely file an IFP application or pay the applicable filing fee by the court-ordered deadline. Dismissal of this action without prejudice is therefore appropriate. *See In re Perroton*, 958 F.2d at 890.

---

when documents are available for pick up. *See* Dkt. No. 4 (3/2/18 Notice of Change of Address). Tia's March 2 filing, however, did not address the 2/21/2018 Deficiency Order.

The Clerk's Office is directed to close the case.

IT IS SO ORDERED.

Dated: March 27, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Tia v. CCA Inc., et al.* CV NO. 18-0067 DKW-RLP; **ORDER DISMISSING CASE**